**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 01-6726**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DEVON BROOKS,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Deborah K. Chasanow, District Judge. (CR-98-519-DKC, CA-00-430-DKC)

───────────

Submitted: October 31, 2001        Decided: January 18, 2002

───────────

Before LUTTIG and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Devon Brooks, Appellant Pro Se. Deborah A. Johnston, OFFICE OF THE UNITED STATES ATTORNEY, Greenbelt, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Devon Brooks seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal primarily on the reasoning of the district court.[*] <u>United States v. Brooks</u>, No. CR-98-519-DKC; CA-00-430-DKC (D. Md. filed Apr. 10, 2001; entered Apr. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We reject Brooks' claim that his counsel provided ineffective assistance in regard to his appellate rights. <u>See</u> <u>Roe v. Flores-Ortega</u>, 528 U.S. 470 (2000).